UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**EXPRESS ENERGY SERVICES OPERATING, L.P.,**

      **Plaintiff,**                                 Case No. 2:14-cv-204
                                                          JUDGE GREGORY L. FROST
       v.                                       Magistrate Judge Norah McCann King

**HALL DRILLING, LLC, et al.,**

      **Defendants.**

**<u>ORDER</u>**

On June 16, 2015, the parties informed this Court that the above-captioned case has settled. Accordingly, the Court **DIRECTS** the Clerk to terminate as moot the pending motions *in limine*. (ECF Nos. 123, 124, 125, 126, 127, 128, 129.) The parties shall submit their notice of dismissal or agreed dismissal order no later than June 25, 2015.

      **IT IS SO ORDERED**.

                                                           /s/ Gregory L. Frost
                                                    GREGORY L. FROST
                                                    UNITED STATES DISTRICT JUDGE